UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ERNESTO HERNANDEZ CRUZ,<br><br>          Defendant. | No. CR-13-026-LRS-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY |

Before the court is Defendant's Motion to Modify One Condition of Release. ECF No. 114. The court has considered the Motion and Declaration of Counsel. The United States takes no position on the Motion to Modify and represents it will leave it to the discretion of the court.

**IT IS ORDERED** that Defendant's Motion to Modify One Condition of Release, **ECF No. 114,** is **GRANTED.** The $75,000 corporate surety bond requirement is **modified.** Defendant shall post a $75,000 percentage bond with a deposit of $7,000 cash into the court registrar.

All other release conditions ordered on March 25, 2013, ECF No. 106, remain in full effect.

DATED April 18, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1