1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-13-026-LRS-2 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY |
| vs. | |
| ERNESTO HERNANDEZ CRUZ, a/k/a Ernesto Hernandez, | ☒    MOTION |
| | **(ECF No. 158)** |
| Defendant. | |

Before the court is Defendant's unopposed Motion to Modify Conditions of Release.

**IT IS ORDERED** the unopposed Motion to Modify, **ECF No. 158**, is **GRANTED.**    For employment purposes, Defendant's curfew is modified to permit him to leave his home at 3:30 a.m. on work days, or as otherwise permitted by Pretrial Services.

DATED June 11, 2013.

_____S/ CYNTHIA IMBROGNO_____
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO MODIFY - 1